**JS-6**

NOTE: CHANGES MADE BY
THE COURT *

* To Paragraph 4 below. "Written Notice"
to court is insufficient.
"Ex parte application" required.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>MIKE SANDOVAL CONCRETE CONSTRUCTION, INC., a California corporation also known as and doing business as AADVANCED SHOTCRETE and/or AADVANCED SHOTCRETE INC.;  MICHAEL M. SANDOVAL, an individual also known as MICHAEL MANUEL SANDOVAL JR., aka MIGUEL MICHEL SANDOVAL<br><br>          Defendants. | CASE NO. SACV11-00817 JST(MLGx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and

between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN

CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendants, MIKE

SANDOVAL CONCRETE CONSTRUCTION, INC., a California corporation also

known as and doing business as AADVANCED SHOTCRETE and/or AADVANCED

-1-

Construction Laborers v Sandoval, Judgm.wpd

1 SHOTCRETE INC. and MICHAEL M. SANDOVAL, an individual also known as

2 MICHAEL MANUEL SANDOVAL, JR. and MIGUEL MICHEL SANDOVAL

3 ("SANDOVAL"), and good cause appearing therefor:

4     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

5     Judgment is entered in favor of the Plaintiff, CONSTRUCTION

6 LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE

7 COMPANY, LLC, a fiduciary, administrator, agent and assignee for

8 collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR

9 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR

10 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR

11 SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND

12 FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY

13 ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT

14 ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS

15 TRUSTS' ADMINISTRATIVE TRUST FUND,("TRUST FUNDS") and against

16 Defendants, MIKE SANDOVAL CONCRETE CONSTRUCTION, INC., a California

17 corporation also known as and doing business as AADVANCED SHOTCRETE

18 and/or AADVANCED SHOTCRETE INC. ("EMPLOYER") and MICHAEL M.

19 SANDOVAL, an individual also known as MICHAEL MANUEL SANDOVAL, JR.

20 and MIGUEL MICHEL SANDOVAL ("SANDOVAL") as follows:

21     1)   The Judgment against EMPLOYER is entered for the

22          principal sum of $64,033.04;

23     2)   Of the $64,033.04 owed by EMPLOYER, SANDOVAL is jointly

24          and severally liable with EMPLOYER for $5,000.00 and

25          judgment is therefore entered against SANDOVAL for the

26          principal sum of $5,000.00 ("JUDGMENT").

27     3)   The money judgment entered in this action is for known

28          delinquencies incurred during the period from June 2009

Construction Laborers v. Sandoval, Judgm.wpd

1    through December 2011.  Plaintiff has not completed the

2    audit of EMPLOYER'S records for the period after February

3    2011.  Therefore, as to the judgment period from March

4    2011 through December 2011, entry of the money judgment

5    in this action shall not be or operate as a bar and/or

6    res judicata as to either the amount of delinquencies

7    which may be discovered by any subsequent audit conducted

8    by Plaintiff and/or by the TRUST FUNDS' representatives

9    and/or which may be disclosed through claims by

10   employees, and in any action brought to recover the

11   subsequently disclosed delinquencies.

12   4)   Execution on the Judgment shall be stayed provided

13   EMPLOYER and SANDOVAL are in compliance with the terms of

14   the Settlement Agreement entered into between the TRUST

15   FUNDS, EMPLOYER and SANDOVAL dated October 2012.  The

16   stay of enforcement can be vacated upon TRUST FUNDS' ex

17   parte application to the Court supported by declaration

18   without formal notice of motion that the terms of the

19   Settlement Agreement have been breached.

22   Dated: October 20, 2012

     _____
     JOSEPHINE STATON TUCKER,
     UNITED STATES DISTRICT JUDGE
     CENTRAL DISTRICT OF CALIFORNIA

-3-

Construction Laborers v. Sandoval, Judgm.wpd